IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAINTERS UNION LOCAL 802
HEALTH and WELFARE FUND,
PAINTERS UNION LOCAL 802
RETIREMENT FUND,
PAINTERS UNION LOCAL 802
APPRENTICESHIP AND TRAINING
FUND, INTERNATIONAL
PAINTERS & ALLIED TRADES
DISTRICT COUNCIL NO.7 DUES
FUND, and ROB NOYCE, PETER
BRAUN, MICHAEL MALOFSKY,
JEFF MEHRHOFF,
STEPHEN ARMBRECHT and
JOHN JORGENSEN, in their
capacities as Trustees of THE FUNDS,

    Plaintiffs,

v.

CAPITAL DECORATING, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-053-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs Painters Union Local 802 Health and Welfare Fund, Painters Union Local 802 Retirement Fund, Painters Union Local 802 Apprenticeship and Training Fund, International Painters & Allied Trades District Council No. 7 Dues Fund, Rob Noyce Peter Braun, Michael Malofsky, Jeff Mehrhoff,

Judgment in a Civil Case     Page 2

Stephen Armbrecht and John Jorgensen against defendant Capital Decorating, Inc. in the amount of $11,449.22.

    Approved as to form this 3d day of March, 2010.

*Barbara B Crabb*
Barbara B. Crabb,
District Judge

*Peter Oppeneer*      3/4/10
Peter Oppeneer, Clerk of Court      Date

Judgment in a Civil Case     Page 2